UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 6:12-cr-78-JA-E_K-1

BRANDON KYLE THOMAS

_____

### ORDER

Defendant, Brandon Kyle Thomas, has filed a *pro se* motion to dismiss the indictment filed against him in April 2012. (Doc. 79, filed September 26, 2025). Thomas's motion is untimely. Thomas's two-day jury trial began on June 25, 2012, and concluded with a guilty verdict on June 26, 2012. Thomas has served his term of imprisonment and is currently on supervised release. A motion to vacate an indictment must be filed before trial under Federal Rule of Criminal Procedure 12.[1]

Accordingly, Thomas's motion (Doc. 79) is **DENIED**.

**DONE** and **ORDERED** on November 7, 2025.

JOHN ANTOON II
United States District Judge

---

[1] Thomas moves under Rule 12 of the Federal Rules of Civil Procedure, but the Federal Rules of Civil Procedure "only [apply] to civil cases and do not apply to criminal cases." *United States v. Beiter*, No. 22-11334, 2022 WL 14458322, at *1 (11th Cir. Oct. 25, 2022).

Copies furnished to:
United States Attorney
Brandon Kyle Thomas