# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    CASE NO. 6:12-cr-78-JA-E_K-1

**BRANDON KYLE THOMAS**

---

## ORDER

Defendant, Brandon Kyle Thomas, has filed a *pro se* motion to amend his supervised release conditions to permit him to use "medical marijuana, as permitted under Florida law." (Doc. 82 at 1). Defendant's motion (Doc. 82) is **DENIED**. "Federal law makes the medical use of marijuana unlawful." *Beckman v. Collier Cnty. Bd. of Cnty. Comm'rs*, No. 2:24-cv-585, 2026 WL 91580, at *4 (M.D. Fla. Jan. 13, 2026).

**DONE** and **ORDERED** on February 13, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Brandon Kyle Thomas