# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                                    CASE NO. 6:12-cr-78-JA-E_K-1

BRANDON KYLE THOMAS

_____

## ORDER

Defendant, Brandon Kyle Thomas, has filed a *pro se* motion requesting that the Court amend his conditions of supervised release by eliminating the drug testing requirement. (Doc. 86). For reasons stated during the hearing on March 25, 2026, Defendant's motion (Doc. 86) is **DENIED**.

**DONE** and **ORDERED** on March 25, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
Brandon Kyle Thomas